UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) Case No.: 2:24-cr-297-AMM-NAD-1 ) ) |
| GARY FORREST EDWARDS | ) ) |

**ORDER**

This case is before the court on defendant Gary Forrest Edwards's pretrial motions filed before May 27, 2025. Docs. 29, 35, 44–68, 75.[1] On March 18, 2025, the magistrate judge conducted a motion hearing. *See* Doc. 83. On April 11, 2025, the magistrate judge entered a report recommending that the court deny all of Mr. Edwards's pretrial motions pending at that time. Doc. 85. Mr. Edwards filed objections to that recommendation. Doc. 89.

At the motion hearing, Mr. Edwards divided his pretrial motions between "substantive" motions and "placeholder" motions, Doc. 83 at 9, and confirmed that he "wishes to continue to represent himself, proceeding *pro se*, pursuant to *Faretta v. California*, 422 U.S. 806 (1975), and its progeny," Doc. 85 at 2–3 (citing Doc. 83 at 3, 18). The magistrate judge recommends denying Mr. Edwards's substantive motions because the motions "do not identify any basis for the court seriously to

---

[1] Mr. Edwards subsequently filed other pretrial motions. *See, e.g.*, Docs. 103–04, 107. The court will address those motions once they are fully briefed.

consider either dismissing the indictment, or requiring the government to file a bill of particulars." Doc. 85 at 2–3. In addition, although Mr. Edwards "has issues with standby counsel," the magistrate judge noted in his report and previously explained to Mr. Edwards that "there is no constitutional right to effective standby counsel." *Id.* at 3 (collecting cases). The magistrate judge also recommends denying the placeholder motions because they are "duplicative," "baseless, premature, and/or irrelevant." *Id.* at 4.

In his objections, Mr. Edwards withdraws many of his motions and, among other contentions, argues that the magistrate judge is "without statutory authority to deny" certain pretrial motions. Doc. 89 at 2. To be clear, the magistrate judge's report and recommendation did not resolve any of Mr. Edwards's pretrial motions. Instead, the magistrate judge made recommendations for rulings on Mr. Edwards's motions by the undersigned. Doc. 83 at 2–3. Because Mr. Edwards's objections do not support rejecting the magistrate judge's recommendation, the court **OVERRULES** his objections. Doc. 89.

Having carefully reviewed and considered *de novo* all the materials in the record, including the report and recommendation and the objections thereto, the court hereby **ADOPTS** the magistrate judge's report, **ACCEPTS** the recommendation, and **DENIES** all of Mr. Edwards's pretrial motions filed prior to May 27, 2025, Docs. 29, 35, 44–68, 75.

The Clerk of Court is **DIRECTED** to mail a copy of this order to Mr. Edwards.

**DONE** and **ORDERED** this 29th day of May, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

3